UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TOM SCHWARZ
S8729 Waters Edge Way
Prairie du Sac, WI 53578

Case No.

        Plaintiff,

vs.

SEEMAN HOLTZ PROPERTY AND
CASUALTY, LLC
301 Yamato Road, Suite 2250
Boca Raton, FL 33431

        Defendant.

## COMPLAINT

Plaintiff Tom Schwarz states as follows for his Complaint:

### The Parties

1. Plaintiff Tom Schwarz, an individual, is a citizen and resident of the State of Wisconsin, domiciled at S8729 Waters Edge Way Prairie du Sac, WI 53578.

2. Defendant Seeman Holtz Property and Casualty, LLC ("Seeman Holtz") is a Delaware Limited Liability Company authorized to do business in the State of Florida with its principal place of business in Florida.

3. Upon information and belief, Seeman Holtz's members are its managers, Marshal Seeman, Eric Holtz, Steven Roth, and Brett Williams (aka James Brett Williams), as indicated by **Exhibit A**. These members are all citizens and residents of Florida.

4. Marshal Seeman is a citizen and resident of the State of Florida, domiciled at 1300 Thatch Palm Dr., Boca Raton, Fl. 33432.

1

5. Eric Holtz is a citizen and resident of the State of Florida, domiciled at 5900 N. Andrews Ave., Fort Lauderdale, Fl. 33309.

6. Steven Roth is a citizen and resident of the State of Florida, domiciled at 21878 Canadensis Cir. Boca Raton, Fl 33428.

7. Brett Williams (aka James Brett Williams) is a citizen and resident of the State of Florida, domiciled at 1361 S. Ocean Blvd. Apt. 804, Pompano Beach, Fl 33062.

**Jurisdiction and Venue**

8. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) as the parties are citizens of different States and the amount in controversy exceeds $75,000, exclusive of costs and interest. Upon information and belief, Seeman Holtz's member or members are citizens of states other than Wisconsin.

9. The Court has personal jurisdiction over the parties pursuant to a contractual forum selection, and the parties contractually agreed this Court is the proper venue.

**Background Facts**

10. Pursuant to a Stock Purchase Agreement dated December 4, 2018 (the "Contract") Seeman Holtz agreed to purchase plaintiff Tom Schwarz's 6001 shares of common stock in Schwarz Insurance Agency, Inc. (the "Schwarz Agency").

11. In this transaction, Seeman Holtz also purchased 6000 shares of common stock in the Schwarz Agency owned by Tom Schwarz's sister, Kathy Schwarz.

12. The purchase price for both Tom Schwarz's and Kathy Schwarz's shares in the Schwarz Agency was sixteen million dollars ($16,000,000.00) (the "Purchase Price").

13. The Contract ¶ 12 required Seeman Holtz to pay seven million five hundred thousand dollars ($7,500,000.00) of the Purchase Price at closing, followed by a post-closing

payment of three million dollars ($3,000,000.00) on or before January 31, 2019 and another post-closing payment of two million five hundred thousand dollars ($2,500,000.00) on or before May 31, 2019.

14. The Contract ¶ 12 additionally required Seeman Holtz to issue a Seller Party promissory note to each of Tom Schwarz and Kathy Schwarz for payment of their portion of the remaining Purchase Price, to be paid in thirty-six (36) equal monthly installments following the closing date (each, a "Deferred Payment").

15. Seeman Holtz's promissory note to Tom Schwarz represented approximately two million, two hundred fifty thousand dollars ($2,250,000.00) total remaining to be paid from the Purchase Price and was payable in 36 installments of sixty-two thousand, five hundred dollars ($62,500.00) each.

16. Seeman Holtz made the first monthly Deferred Payment to Tom Schwarz in May 2019 and timely made 11 additional Deferred Payments to Tom Schwarz through April 2020, totaling seven hundred fifty thousand dollars ($750,000.00).

17. However, Seeman Holtz failed to make Deferred Payments to Tom Schwarz for May 2020 through the present.

18. In September 2020, Seeman Holtz made one payment of forty-five thousand dollars thousand dollars ($45,000.00).

19. In March 2021, Seeman Holtz made one payment of twenty-five thousand dollars ($25,000.00).

20. Seeman Holtz, however, failed to make the other required Deferred Payments to Tom Schwarz.

21. Seeman Holtz owes Tom Schwarz the remaining balance of the Deferred Payments totaling one million, three hundred twenty-three thousand, two hundred fifty dollars. ($1,323,250.00).

22. The Contract ¶ 12 states that Seeman Holtz will pay to Tom Schwarz "on demand all reasonable costs and expenses of collection with respect to . . . the Deferred Payment that is not paid when due, including reasonable attorneys' fee and expenses."

23. The Contract ¶ 36 states that Florida law governs the Contract and that any party suing the other to enforce a Contract term shall bring the action in this Court. Paragraph 36 further states that each party waives any obligation to venue and consents to exclusive jurisdiction of this Court.

### Count One – Breach of Contract

24. Tom Schwarz incorporates by reference the foregoing allegations in the Complaint.

25. The Contract is a valid and binding contract between Seeman Holtz and Tom Schwarz.

26. Seeman Holtz breached the Contract by failing to pay amounts due and owing Tom Schwarz.

27. Seeman Holtz's breach has caused damages to Tom Schwarz in an amount to be determined at trial.

WHEREFORE, Tom Schwarz respectfully requests the following relief:

A. Judgment against Seeman Holtz as prayed for in the Complaint;

B. An award of Tom Schwarz's actual attorney's fees and related expenses in pursuing this claim;

C. For any other relief the Court deems just and reasonable.

Plaintiff requests a jury trial as to all claims of the complaint so triable.

Respectfully Submitted,

Dated: June 7, 2021

/s/ Avi Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff Tom Schwarz*