UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81005-RS

TOM SCHWARZ,

    Plaintiff,

v.

SEEMAN HOLTZ PROP. AND CAS., LLC,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation [DE 57], in which Magistrate Judge Shaniek M. Maynard recommends that Plaintiff's Amended Motion for Attorneys' Fees and Costs [DE 50] and Plaintiff's Motion for Bill of Costs [DE 51] be Granted in Part and Denied in Part, awarding Plaintiff a total of $31,554.68 in attorneys' fees and costs ($26,793.00 in attorneys' fees + $805.25 in taxable costs + $3,956.43 in non-taxable costs). No objections to the Report and Recommendation have been filed. Thus, having reviewed Magistrate Judge Maynard's Report and Recommendation, the record, and given that neither party has filed any objections, it is hereby,

**ORDERED** that:

1. Magistrate Judge's Report and Recommendation [DE 57] is **AFFIRMED and ADOPTED**.

2. Plaintiff's Amended Motion for Attorneys' Fees and Costs [DE 50] and Plaintiff's Motion for Bill of Costs [DE 51] is **GRANTED in PART and DENIED in PART**.

   a. Plaintiff is awarded a total of $31,554.68 in attorneys' fees and costs ($26,793.00 in attorneys' fees + $805.25 in taxable costs + $3,956.43 in non-taxable costs).

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of February, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record